UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AFSHIN BAHRAMPOUR, ) | |
| ) | |
| Plaintiff, ) | 2:13-cv-02096-JCM-CWH |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| STATE OF NEVADA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

This action is a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by an inmate. Plaintiff has submitted a complaint and seeks leave to proceed *in forma pauperis*. (ECF No. 1). The *in forma pauperis* application, however, was not submitted on the court-approved form as required by Local Rule LSR 1-1. In addition to filing an application to proceed *in forma pauperis* on the court-approved form, a prisoner seeking to proceed *in forma pauperis* "shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which the prisoner is or was confined." 28 U.S.C. § 1915(a)(1), (2); Local Rule LSR 1-2. Plaintiff has failed to submit an *in forma pauperis* application on the court-approved form and has failed to provide the necessary financial information.

Additionally, the operative pleading submitted in this case is ambiguous, as it is entitled

1  "federal habeas corpus appeal & civil rights complaint per 42 U.S.C. § 1983."  (ECF No. 1-1).
2  Plaintiff did not submit his pleading on a court-approved form.  Although plaintiff appears to
3  challenge a criminal conviction in his pleading, it is unclear whether plaintiff seeks to file a federal
4  habeas corpus action pursuant to 28 U.S.C. § 2254, or whether he seeks to file a civil rights action
5  pursuant to 42 U.S.C. § 1983.  When filing either a civil rights complaint or a federal habeas
6  petition, *pro se* litigants are required to use court-approved forms.  Local Rule LSR 1-4.  Finally,
7  plaintiff is informed that, to the extent he wishes to pursue both a civil rights complaint and a federal
8  habeas petition, he must initiate those proceedings in separate actions.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** without prejudice to the filing of a new complaint or petition in a new action, with a proper *in forma pauperis* application and financial attachments, in compliance with 28 U.S.C. § 1915(a).

**IT FURTHER IS ORDERED** that the clerk of the court shall send plaintiff the following: (1) two copies of an *in forma pauperis* application form for a prisoner and instructions for same; (2) two copies of a blank 42 U.S.C. § 1983 prisoner civil rights form and instructions for the same; (3) two copies of a blank 28 U.S.C. § 2254 habeas petition and instructions for the same; (4) one copy of the papers submitted by plaintiff at ECF No. 1 & 1-1.

**IT IS FURTHER ORDERED** that plaintiff may file a new complaint or petition, and new *in forma pauperis* application in a new action, but he may not file further documents in this action.

**IT IS FURTHER ORDERED** that the clerk of the court shall enter judgment accordingly.

Dated this 18th day of November, 2013.

_____
UNITED STATES DISTRICT JUDGE